UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAHEE A. RASHEED,

          Plaintiff,

    v.

UNITED STATES GOVERNMENT
AGENT, et al.,

          Defendants.

Case No.  25-cv-04096-TSH

**ORDER TO SHOW CAUSE**

Plaintiff Tahee A. Rasheed initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2).  On May 19, 2025, the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e).  ECF No. 4.  As such, the Court directed Plaintiff to file a first amended complaint curing the deficiencies identified in the screening order by June 12, 2025.  The Court warned that if Plaintiff failed to cure the deficiencies, the case would likely be reassigned to a district judge with a recommendation for dismissal.  Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by July 3, 2025.  Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

      **IT IS SO ORDERED.**

Dated: June 20, 2025

THOMAS S. HIXSON
United States Magistrate Judge