UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE A. RASHEED,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT AGENT, et al.,<br><br>        Defendants. | Case No. 25-cv-04096-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

On May 19, 2025, the Court granted Plaintiff Tahee A. Rasheed's application to proceed in forma pauperis and screened the complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 4. The Court directed Plaintiff to file a first amended complaint by June 12, 2025, curing the deficiencies identified in this screening order and warning that the case could be dismissed for failure to do so. After Plaintiff failed to respond, on June 20 the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 8. Plaintiff responded that additional time was needed to file an amended complaint, ECF No. 9, which the Court granted, ECF No. 10.

On July 30, 2025, Plaintiff filed a First Amended Complaint. ECF No. 11. The Court found the pleadings were still deficient and therefore directed Plaintiff to file a second amended complaint by November 7, 2025. ECF No. 12. The Court warned Plaintiff again that failure to cure the deficiencies identified in the screening order could lead to dismissal. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Tahee A. Rasheed to show cause why this

case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 1, 2025.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>.  Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: November 17, 2025

THOMAS S. HIXSON
United States Magistrate Judge