UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE A. RASHEED,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT AGENT, et al.,<br><br>    Defendants. | Case No. 25-cv-04096-TSH<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO SECOND SHOW CAUSE ORDER** |

On May 19, 2025, the Court granted Plaintiff Tahee A. Rasheed's application to proceed in forma pauperis and screened the complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 4. The Court directed Plaintiff to file a first amended complaint by June 12, 2025, warning that failure to do so could result in dismissal of this case. After Plaintiff failed to respond, on June 20 the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 8. Plaintiff responded that additional time was needed, ECF No. 9, and the Court therefore granted Plaintiff an extension to July 30 to file an amended complaint, ECF No. 10.

On July 30, 2025, Plaintiff filed a First Amended Complaint. ECF No. 11. On October 3 the Court found the pleadings were still deficient and therefore directed Plaintiff to file a second amended complaint by November 7, 2025. ECF No. 12. The Court again warned that failure to cure the deficiencies identified in the screening order could lead to dismissal. After Plaintiff failed to respond, on November 17 the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 13. On December 1 Plaintiff filed a motion to extend time, requesting an additional two weeks to respond to the show cause order because the Federal Pro Bono Project was unavailable over the holiday

1  period and no appointments were available until December 3.  ECF No. 14.  Good cause

2  appearing, the Court **GRANTS** Plaintiff's request for additional time and **EXTENDS** the deadline

3  to respond to the second show cause order to December 17, 2025.

4      **IT IS SO ORDERED.**

6  Dated: December 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2