UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAHEE A. RASHEED,

Plaintiff,

v.

UNITED STATES GOVERNMENT
AGENT, et al.,

Defendants.

Case No.  25-cv-04096-TSH

**THIRD ORDER TO SHOW CAUSE**

Plaintiff Tahee A. Rasheed initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed *in forma pauperis* (ECF No. 2).  On May 19, 2025, the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e).  ECF No. 4.  The Court directed Plaintiff to file a first amended complaint by June 12, 2025, curing the deficiencies identified in this screening order and warning that the case could be dismissed for failure to do so. After Plaintiff failed to respond, on June 20, 2025, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  ECF No. 8.  Plaintiff responded that additional time was needed to file an amended complaint, which the Court granted.  ECF Nos. 9, 10.

On July 30, 2025, Plaintiff filed a First Amended Complaint.  ECF No. 11.  The Court found the pleadings were still deficient and therefore directed Plaintiff to file a second amended complaint by November 7, 2025.  ECF No. 12.  The Court warned Plaintiff again that failure to cure the deficiencies identified in the screening order could lead to dismissal.  *Id.*  After Plaintiff

United States District Court
Northern District of California

failed to respond, on November 17, 2025, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 13. On December 1, 2025, Plaintiff requested additional time to respond to the show cause order, which the Court granted. ECF Nos. 14, 15.

On December 22, 2025, Plaintiff filed a declaration. ECF No. 17. The Court construed this declaration as a response to the Court's show cause order at ECF No. 13 and extended the deadline to file a second amended complaint to January 29, 2026. ECF No. 18. The Court warned Plaintiff that failure to file an amended complaint by the deadline would result in the case being reassigned to a district judge with a recommendation for dismissal. *Id.*

On January 9, 2026, Plaintiff filed a motion to transfer to superior court. ECF No. 19. And on January 13, 2026, Plaintiff filed a motion to pay the full filing fees in increments. ECF No. 21. However, Plaintiff has failed to file a second amended complaint.

The Court possesses the inherent power to dismiss an action *sua sponte* "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court **ORDERS** Plaintiff Tahee A. Rasheed to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 19, 2026. Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's Handbook for Litigants Without a Lawyer, which provides instructions on how to proceed at every stage of your case. The

handbook is available in person at the Clerk's Office and online at:

https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: February 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California